**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Darwyn Demond LEWIS, Defendant–Appellant.**

**No. 12–10771 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 19, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Darwyn Demond Lewis, Beaumont, TX, pro se.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Darwyn Demond Lewis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Lewis has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lewis's response. We concur with counsel's assessment that the appeal presents

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Lewis's motion to relieve counsel and appoint substitute counsel is DENIED.

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.